UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARTY PHILIP PARISI                                                                                PETITIONER

v.                                                                             CIVIL ACTION NO. 3:14cv554-DPJ-FKB

CHRISTOPHER B. EPPS                                                                            RESPONDENT

ORDER

This habeas corpus petition is before the Court on Petitioner Marty Philip Parisi's Request for Evidentiary Hearing [10] and the Report and Recommendation [14] of Magistrate Judge F. Keith Ball. Neither party has filed objections, and the time for filing objections has now passed. The Court, having fully reviewed the unopposed Report and Recommendation, agrees with Judge Ball's conclusions and finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that Parisi's Request for Evidentiary Hearing [10] is denied.

IT IS FURTHER ORDERED that the Report and Recommendation [14] of Magistrate Judge F. Keith Ball is adopted as the finding of this Court, and the entire action is dismissed with prejudice.

A separate final judgment will be entered in this action in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 27th day of April, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE